UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCO T. BARBANTI, a single person,<br><br>    Plaintiff,<br><br>    v.<br><br>BENEFICIAL WASHINGTON, INC., d/b/a BENEFICIAL MORTGAGE CO. OF WASHINGTON, a Delaware Corporation; DAVID A. WEIBEL and JANE DOE WEIBEL, husband and wife; BISHOP, WHITE & MARSHALL, P.S., a Washington professional services corporation,<br><br>    Defendants. | NO. CV-05-318-RHW<br><br>**ORDER DISMISSING ACTION** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 71). The parties ask that the Court dismiss the above-captioned cause of action with prejudice and without costs.

Accordingly**, IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal (Ct. Rec. 71) is **GRANTED**.
2. The above-captioned case is DISMISSED without prejudice and costs.

///
///
///

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this

**ORDER DISMISSING ACTION ~ 1**

Order, forward copies to counsel, and close the file.

**DATED** this 23rd day of May, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Barbanti\dismiss.wpd